IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**RICKY LEE SCOTT, ADC #112513**                                       **PLAINTIFF**

**V.**                      **No. 2:11CV00116 SWW/BD**

**FLETCHER LONG**                                                             **DEFENDANT**

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Partial Recommended Disposition, the Court concludes that it should be, and hereby is, approved and adopted as this Court's findings in all respects.

The motion for default judgment (docket entry #17) is DENIED.

IT IS SO ORDERED, this 4th day of October, 2011.

                                                            /s/Susan Webber Wright
                                                            UNITED STATES DISTRICT JUDGE