IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**RICKY LEE SCOTT, ADC #112513**                                                       **PLAINTIFF**

**V.**                          **No. 2:11CV00116 SWW-BD**

**FLETCHER LONG**                                                                **DEFENDANT**

## **ORDER**

The Court has reviewed the Partial Recommended Disposition received from Magistrate Judge Beth Deere. No objections to the Recommendation have been filed. The Recommendation should be, and hereby is, approved and adopted in all respects.

Mr. Scott's motion for a preliminary injunction (docket entry #10) is DENIED.

IT IS SO ORDERED, this 27th day of October, 2011.

                                             /s/Susan Webber Wright
                                             UNITED STATES DISTRICT JUDGE