# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**RICKY LEE SCOTT, ADC #112513**                                                           **PLAINTIFF**

**V.**                              **No. 2:11CV00116 SWW-BD**

**FLETCHER LONG**                                                                                **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition ("Recommendation") received from Magistrate Judge Beth Deere. No objections to the Recommendation have been filed. The Recommendation should be, and hereby is, approved and adopted in all respects.

Mr. Long's motion to dismiss (docket entry #7) is GRANTED. Mr. Scott's claims are DISMISSED, without prejudice. His request for an evidentiary hearing (#35) is DENIED, as moot.

IT IS SO ORDERED, this 29th day of December, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE