# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**RICKY LEE SCOTT, ADC #112513**                                                         **PLAINTIFF**

**V.**                              **No. 2:11CV00116 SWW-BD**

**FLETCHER LONG**                                                                         **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 29th day of December, 2011.

                                                /s/Susan Webber Wright
                                        UNITED STATES DISTRICT JUDGE