# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**RICKY LEE SCOTT, ADC #112513**                                            **PLAINTIFF**

**V.**                      **No. 2:11CV00116 SWW**

**FLETCHER LONG**                                                                **DEFENDANT**

## ORDER

Before the Court is plaintiff's motion for reconsideration. The Court grants the motion [docket entry 41] to the extent that the Court will allow plaintiff time to file objections to the Magistrate Judge's Recommended Disposition which he says he never received.

The Clerk of the Court is directed to mail a copy of the Magistrate Judge's Recommended Disposition [docket entry 36] along with this Order to plaintiff at his current address. Plaintiff has fourteen (14) days from the date of entry of this Order to file any objections to the recommended disposition.

IT IS SO ORDERED this 19th day of January, 2012.

                                                             /s/Susan Webber Wright
                                                             UNITED STATES DISTRICT JUDGE