# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**RICKY LEE SCOTT, ADC #112513**                                                          **PLAINTIFF**

**V.**                              **No. 2:11CV00116 SWW**

**FLETCHER LONG**                                                                       **DEFENDANT**

## ORDER

The Court has carefully reviewed the objections to the Magistrate Judge's Recommended Disposition which plaintiff filed and finds no reason to reconsider the Order and Judgment entered in this case on December 29, 2011, dismissing plaintiff's claims without prejudice.

DATED this 8th day of February, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE